1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR19-203-RSM |
| v. | |
| ANTHONY JACQUES McKINNEY, | ORDER RE MOTION FOR DETENTION HEARING |
| Defendant. | |

Defendant Anthony Jacques McKinney has filed a "Motion for Detention Hearing" (Dkt 197), which has been referred to the undersigned United States Magistrate Judge for decision.

Defendant was originally indicted in CR19-207RSM on a charge of Conspiracy to Distribute Controlled Substances. He was arraigned on October 29, 2019 and a Detention Order was entered. (Dkt. 12, 13.) Subsequently, a Superseding Indictment was filed in CR19-203RSM on November 27, 2019 charging defendant and co-defendants with Conspiracy to Distribute Controlled Substances and other charges. Defendant was also charged with Felon in Possession of a Firearm. He was arraigned on December 5, 2019. On motion of the government, CR19-207 was dismissed on January 3, 2020 (Dkt. 18).

Defendant moves to "set a detention hearing to hear further argument in support of the pre-

trial release of Defendant McKinney." (Dkt 197 at 4.) The Court notes, however, that the case in which Defendant was detained has been dismissed, so neither the Detention Order nor any other order has any continuing force or effect. The government has not filed a Motion to Detain defendant in CR19-203RSM. Therefore, defendant's Motion for Detention Hearing is either moot or premature. The motion is DENIED.

DATED this 6th day of January, 2020.

Mary Alice Theiler
United States Magistrate Judge