UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY JACQUES MCKINNEY,

Defendant.

CASE NO. CR19-203 RSM

**DETENTION ORDER**

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which reasonably assure defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking offense and being a felon in possession of a firearm. Defendant has a criminal history going back to 1998 and a pattern of engaging in drug related offenses and possessing firearms. He is currently charged with possessing a gun as a felon in July 2019 in the state of Oklahoma. An arrest warrant is outstanding in this matter. The charges before this court allege defendant is involved in drug trafficking, possessed drugs and also possessed a firearm as a felon. By defendant's own admission, both he and his spouse are addicted to controlled substances and needs treatment. Defendant's severe drug addiction, long term pattern of drug trafficking and possessing firearms, alleged commission of felony offenses

DETENTION ORDER - 1

in Oklahoma and in this district just months apart indicate he is both a flight risk and a danger to the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 10th day of January, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge