CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 19-203 RSM |
| Plaintiff, ) ) | ORDER GRANTING |
| v. ) ) | STIPULATED MOTION TO PROCEED WITH SENTENCING BY VIDEO REMOTE HEARING |
| ANTHONY JACQUES MCKINNEY, ) ) | |
| Defendant. ) ) | |

Anthony McKinney, joined by the United States of America, through his counsel, Terry Kellogg, having filed a stipulated motion for an order authorizing sentencing to proceed by videoconference as presently set December 11, 2020, the Court finds the motion shall be GRANTED because further delays in this case risk "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

The Court further FINDS

As a consequence of the COVID- pandemic, and General Orders 07-20, 08-20 and 11- 20, Mr. McKinney's sentencing date was subsequently continued to July 17, 2020, August 21, 2020, and November 25, 2020.

Following discussions with his counsel undersigned, Mr. McKinney unequivocally asks to proceed with sentencing as currently set, December 11, 2020, by remote hearing with video conferencing as arranged by the Court. Mr. McKinney has signed, through counsel, a waiver of his personal appearance for purposes of sentencing [Docket N0. 396] and asks the Court proceed with sentencing December 11, 2020.

Pursuant to General Order 04-20, felony sentencing may proceed by video or telephone conferencing if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." Through subsequent General Orders, the Court has extended such procedures until at least January 1, 2021. GO 15-20.

The interests of justice are served by proceeding with sentencing of Mr. McKinney through remote video hearing as set. Health concerns resulting from the Covid – 19 pandemic may continue to result in extended delays of sentencing. The conditions of confinement at FDC Seatac are such that Mr. McKinney hopes to avail himself of the earliest possible placement and transfer to his designated facility so that he can commence programming under less stringent conditions of confinement that he has experienced in the past year. These conditions include, limited visitation with his family in addition to the generally abhorrent conditions of detention at FDC Seatac.

The congressional enactment of the Coronavirus Aid, Relief, and Economic Safety Act ("CARES Act") provides criminal proceedings, including sentencing, may proceed by video conferencing given the findings by the Administrative Office of the United States Courts that the Covid -19 emergency materially affects the functioning of the federal courts generally and that a felony sentencing in this district under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety. See GO 04 – 20 at 2 and CARES Act § 15002(b)(2)(A). Such remote hearings have taken place from the Federal Detention Center in this district for several months.

Based upon the findings set forth above the Court FINDS further delay would cause "serious harm to the interests of justice," and does therefor

ORDER GRANTING MOTION TO PROCEED
WITH SENTENCING BY REMOTE VIDEO
CONFERENCING - 2

ORDER sentencing shall proceed on December 11, 2020 by way of remote video court hearing.

DATED this 3rd day of December, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE